# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                              **CRIMINAL ACTION NO. 3:05CR102-P-D**

**SHERRY LOUGH,**                                                            **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant Sherry Lough's Motion to Continue Trial Setting and Scheduling Order Deadlines [20-1]. Upon due consideration of the motion, the court finds as follows, to-wit:

The motion is well-taken and should be granted. Trial is currently set for November 7, 2005. Defense counsel avers that having just received discovery on October 10, 2005, he needs additional time to review said discovery to determine whether more will be necessary and whether to file pretrial motions. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from November 7, 2005 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Sherry Lough's Motion to Continue Trial Setting and Scheduling Order Deadlines [20-1] is hereby **GRANTED**;

(2) Trial of this matter is continued as to all defendants until Monday, December 5, 2005 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from November 7, 2005 to December 5, 2005 is excluded as set out above;

(4) The deadline for filing pretrial motions is November 14, 2005; and

(5) The deadline for submitting a plea agreement is November 21, 2005.

**SO ORDERED**, this 27th day of October, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE